No. 02-7839.  COVINGTON *v.* GARCIA, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02-7842.  CARSON *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 02-7845.  DUHART *v.* PETROVSKY, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 02-7846.  CROOM *v.* ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 02-7847.  DOUGLAS *v.* HODGES, SUPERINTENDENT, GOWANDA CORRECTIONAL FACILITY, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 02-7848.  N'JAI *v.* PITTSBURGH BOARD OF PUBLIC EDUCATION ET AL.  Commw. Ct. Pa.  Certiorari denied.

No. 02-7851.  McQUEEN *v.* EQUINOX INTERNATIONAL CORP. ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 02-7852.  STEVENS *v.* MORGAN, WARDEN.  Sup. Ct. Ga.  Certiorari denied.

No. 02-7857.  COKER *v.* CARLTON, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 02-7860.  CASH *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 02-7862.  CLARKE *v.* GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 02-7872.  TOWNSEND *v.* MINNESOTA.  Sup. Ct. Minn.  Certiorari denied.

No. 02-7874.  MILLER *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 02-7875.  ALEXANDER *v.* WATKINS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.